UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MEAGAN ANN RYAN,<br><br>                Plaintiff,<br><br>  v.<br><br>CAROLINE W. COLVIN, Acting Commissioner of Social Security,<br><br>                Defendant. | Case No.  14-5195 BHS-KLS<br><br>REPORT AND RECOMMENDATION |

This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule MJR 4(a)(4) and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976).  This matter is before the Court on the stipulated motion for remand. (ECF 16).  After reviewing the parties' stipulated motion and the remaining record, the undersigned recommends that the Court grant the parties' motion, and remand this matter to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

This court recommends that on remand the Administrative Law Judge (ALJ) shall reevaluate all of the source opinions of record, including the opinions of the State agency psychological consultants and Lynn Staker, M.D., and give reasons for the weight assessed; reassess Plaintiff's residual functional capacity, including the frequency of Plaintiff's need to alternate positions; reassess Plaintiff's credibility; and, if warranted, obtain supplemental evidence from a vocational expert.

Plaintiff is entitled to reasonable attorney fees pursuant to 28 U.S.C. § 2412, upon proper

REPORT AND RECOMMENDATION - 1

request to this Court.

Given the fact of the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED.**   A proposed order accompanies this Report and Recommendation.

DATED this 13th day of August, 2014.

Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2