UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MEAGAN ANN RYAN,

                Plaintiff,

   v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

                Defendant.

Case No. 14-5195 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 17), recommending that this case be remanded, based on the stipulation of the parties (Dkt. 16).  It is therefore ordered as follows:

(1)    The R&R is **ADOPTED**;

(2)    Defendant's decision is **REVERSED**; and

(3)    This action is **REMANDED** for further administrative proceedings in accordance with the findings contained in the R&R.

DATED this 14th day of August, 2014.

                                                            _____
                                                            BENJAMIN H. SETTLE
                                                            United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION